AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| David Beasley *Plaintiff* v. William H. Howard *Defendant* | Case No. 1:19-cv-11058-JBS |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant William H. Howard

Date: 05/22/2019

*Attorney's signature*

Frank A. Natoli, NJ Bar # 016752007
*Printed name and bar number*
305 Broadway
7th Floor
New York, NY 10007

*Address*

Frank@LanternLegal.com
*E-mail address*

(212) 537-4436
*Telephone number*

(212) 320-0248
*FAX number*

## **CERTIFICATION OF SERVICE**

I hereby certify that the instant Notice of Appearance has been served on this 23rd day of May, 2019, via U.S.P.S First Class Mail, upon Plaintiff at the following address:

>  **David Beasley**
>  **1105 Macarthur Drive**
>  **Camden, NJ 08104**

_/s/ Frank A. Natoli_
_____
Frank A. Natoli
Natoli-Legal, LLC
305 Broadway, 7th Floor
New York, New York 10007
(212) 537-4436

5/22/19

Clerk of the Court
The Clerk's Office
Mitchell H. Cohen Building
& U.S. Courthouse
400 Cooper St.
Room 1050
Camden, NJ 08101

**RE: BEASLEY v. HOWARD, Case No. 1:19-cv-11058**

Dear Clerk,

Kindly note that I am appearing in the above-referenced matter on behalf of the Defendant. Enclosed is a Notice of Appearance. Also enclosed is an Application for Extension of Time to Answer, Move or Otherwise Reply pursuant to Local Civil Rule 6.1(b).

Though I have applied for an ECF password for online filings, I have not yet been granted a Username and Password. Accordingly, it is kindly requested that the Clerk's Office process and docket the enclosed documents.

Please contact me with any questions or concerns.

*Frank A. Natoli, Esq.*

Natoli-Legal, LLC
305 Broadway, 7th Floor
New York, New York 10007
(212) 537-4436