```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

DAVID BEASLEY,                        1:19-cv-11058-NLH-KMW

    Plaintiff,         **ORDER**

 v.

WILLIAM H. HOWARD,

    Defendant.

THIS MATTER having been brought before the Court on Defendant William Howard's Motion to Dismiss [Docket No. 8]; the Court having considered the submissions and arguments of the parties; and for the reasons expressed in the Court's Opinion of today's date,

IT IS on this   8th   day of   JANUARY   2020, hereby

ORDERED that Defendant's Motion to Dismiss [Docket No. 8] be, and the same hereby is, GRANTED; and it is further

ORDERED that Plaintiff David Beasley's Motion to Vacate [Docket No. 10] be, and the same hereby is, DENIED; and it is further

ORDERED that Plaintiff's Motion for Summary Judgment [Docket No. 15] be, and the same hereby is, DENIED AS MOOT; and it is further

ORDERED that Defendant's Motion to Stay [Docket No. 19] be, and the same hereby is, DISMISSED AS MOOT; and it is finally

ORDERED that the Clerk of Court mark the above-captioned matter CLOSED.

At Camden, New Jersey

s/Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.