# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

**DAVID BEASLEY**

    **Plaintiff**                        Civil Action No. 1:19-cv-11058

    **V**                                   **NOTICE OF APPEAL**

**WILLIAM HOWARD**

    **Defendant**

Clerk U.S. District Court

U.S. Courthouse 4th and Cooper Sts.

Camden, NJ 08101

Honorable Noel L. Hillman, USDJ

Honorable Karen M. Williams USMJ

    **PLEASE TAKE NOTICE:** Notice is hereby given for the appeal to the U.S. Court of Appeals for the Third Circuit. Appeal from the Order entered to grant defendant's motion to dismiss and deny plaintiff's motions to vacate and summary judgement. The order entered in this action on the 9th day of January 2020.

/s/ *David Beasley*

David Beasley Plaintiff Pro-Se

January 14, 2020

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## CERTIFICATION OF SERVICE

I do hereby certify that I have delivered a copy of the Notice of Appeal to all of the listed parties and courtesy copy to Honorable Judge Noel L. Hillman USDJ and Honorable Judge Karen M. Williams USMJ.

Civil Action No. 1:19-cv-11058

Clerk United States District Court

US Courthouse 4th and Cooper Sts.

Camden, NJ 08101


Frank Natoli

Natoli-Legal LLC

305 Broadway, 7th Floor

New York, New York 10007

On Behalf of Defendant


/s/ *David Beasley*

David Beasley Plaintiff Pro-Se

January 14, 2020