UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID BEASLEY,<br><br>      Plaintiff,<br><br>v.<br><br>WILLIAM H. HOWARD,<br><br>      Defendant. | Civil Action No. 1:19-cv-11058-NLH |

**NOTICE OF APPEARANCE OF HENRY GABATHULER**

To the Clerk of this Court:

  The undersigned, Henry A. Gabathuler, hereby enters his appearance as counsel of record for Plaintiff David Beasley in the above-captioned action. Pursuant thereto, please add Mr. Gabathuler to the CM/ECF service list for this matter using the below-recited email address.

DATED: October 22, 2021      Respectfully submitted,

                  s/ Henry Gabathuler
                  Henry Gabathuler (HG6543)
                  NJ Bar I.D. No. 037802007
                  LEASON ELLIS LLP
                  One Barker Avenue, Fifth Floor
                  White Plains, New York 10601
                  Phone: (914) 821-3079
                  Gabathuler@leasonellis.com
                  *Attorney for Plaintiff*