Henry Gabathuler (HG6543)
NJ Bar I.D. No. 037802007
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 821-3079
Gabathuler@leasonellis.com

*Of Counsel:*
John L. Welch (to be admitted *pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: 617.646.8000
jwelch@wolfgreenfield.com

Martin B. Schwimmer (to be admitted *pro hac vice*)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 821-8011
schwimmer@leasonellis.com

*Attorneys for Plaintiff David Beasley*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID BEASLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM H. HOWARD,<br><br>　　　　　Defendant. | Civil Action No. 1:19-cv-11058-NLH-KMW<br><br>**NOTICE OF MOTION FOR ADMISSION** ***PRO HAC VICE*** **OF JOHN L. WELCH AND MARTIN B. SCHWIMMER**<br><br>*Electronically filed* |

　　　　PLEASE TAKE NOTICE that on January 3, 2022, the undersigned counsel for Plaintiff

David Beasley shall move before the Honorable Karen M. Williams, U.S.M.J., at the United

States District Court, District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse,

4th & Cooper Streets Room 1050, Camden, NJ 08101, for entry of an Order admitting John L.

Welch of Wolf, Greenfield & Sacks, P.C. and Martin B. Schwimmer of Leason Ellis LLP as counsel *pro hac vice* on behalf Plaintiff David Beasley in this matter.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Certifications of John L. Welch and Martin B. Schwimmer and supporting Certification of Henry A. Gabathuler are submitted herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendant, through counsel, consents to the *pro hac vice* admission of John L. Welch and Martin B. Schwimmer as counsel for Plaintiff.

Date: December 8, 2021

s/ [signature]
Henry Gabathuler (HG6543)
NJ Bar I.D. No. 037802007
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 821-3079
Gabathuler@leasonellis.com

*Of Counsel:*
John L. Welch (to be admitted *pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: 617.646.8000
jwelch@wolfgreenfield.com

Martin B. Schwimmer (to be admitted *pro hac vice*)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 821-8011
schwimmer@leasonellis.com

*Attorneys for Plaintiff David Beasley*