Henry Gabathuler (HG6543)
NJ Bar I.D. No. 037802007
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 821-3079
Gabathuler@leasonellis.com

*Of Counsel:*
John L. Welch (to be admitted *pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: 617.646.8000
jwelch@wolfgreenfield.com

Martin B. Schwimmer (to be admitted *pro hac vice*)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 821-8011
schwimmer@leasonellis.com

*Attorneys for Plaintiff David Beasley*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID BEASLEY,<br><br>        Plaintiff,<br><br>v.<br><br>WILLIAM H. HOWARD,<br><br>        Defendant. | Civil Action No. 1:19-cv-11058-NLH-KMW<br><br>**CERTIFICATION OF JOHN L. WELCH IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** <br><br>*Filed Electronically* |

I, John L. Welch, do hereby certify that:

1.  I am an attorney licensed to practice in the Commonwealth of Massachusetts and a Shareholder at the law firm of Wolf, Greenfield & Sacks P.C., which represents Plaintiff David Beasley in the above-referenced action.

2. I am a member in good standing and eligible to practice before the following courts:

| *Court* | *Name and address of the official or office maintaining the Bar's roll* | *Date of Admission* |
| --- | --- | --- |
| Commonwealth of Massachusetts (BBO #522040) | Supreme Judicial Court<br>John Adams Courthouse, 1st Floor<br>One Pemberton Square, Suite 1300<br>Boston, MA 02108-1707 | 02/06/1980 |
| U.S. District Court, S. D. New York | 500 Pearl Street<br>New York, NY 10007 | 12/17/1974 |
| U.S. District Court, E. D. New York (Bar #JLW7242) | 225 Cadman Plaza East<br>Brooklyn, NY 11201 | 12/17/1974 |
| U.S. District Court, D. Massachusetts | 1 Courthouse Way<br>Boston, MA 02210 | 11/15/1979 |
| U.S. Court of Appeals, First Circuit (Bar #39277) | 1 Courthouse Way<br>Boston, MA 02210 | 05/08/1980 |
| U.S. Court of Appeals, Federal Circuit | 717 Madison Place NW<br>Washington, DC 20439 | 10/01/1982 |
| U.S. Court of Appeals, Fourth Circuit | 1100 East Main Street, Suite 501.<br>Richmond, VA 23219 | 04/09/2015 |
| U.S. Court of Appeals, Sixth Circuit | 100 East Fifth Street<br>Cincinnati, Ohio 45202 | 04/01/2019 |
| U.S. Court of Appeals, Third Circuit | 601 Market Street<br>Philadelphia, PA 19106 | 02/06/2020 |

3. I am admitted to the Bar of the State of New York but am currently suspended for nonpayment of bar membership dues.

4. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I will notify the Court immediately of any matter affecting my standing at the Bar of any Court.

6. I will be associated in this matter with Henry Gabathuler, a member of the Bar of the State of New Jersey, who will be the responsible local counsel. Attorney Gabathuler is a member in good standing of the bar of this Court.

7. I agree to abide by the Federal Rules of Civil Procedure and the local rules of the United States District Court for the District of New Jersey.

8. If admitted pro hac vice, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

9. I understand that all pleadings, briefs and other papers filed with the Court must be signed by an attorney of record authorized to practice law in this State who shall be responsible for said filings, the conduct of the cause and for my conduct herein.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Date: December 8, 2021        /johnlwelch/
                              John L. Welch (to be admitted *pro hac vice*)
                              WOLF, GREENFIELD & SACKS, P.C.
                              600 Atlantic Avenue
                              Boston, MA 02210
                              Phone: 617.646.8000
                              jwelch@wolfgreenfield.com