Henry Gabathuler (HG6543)
NJ Bar I.D. No. 037802007
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 821-3079
Gabathuler@leasonellis.com

*Of Counsel:*
John L. Welch (to be admitted *pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: 617.646.8000
jwelch@wolfgreenfield.com

Martin B. Schwimmer (to be admitted *pro hac vice*)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 821-8011
schwimmer@leasonellis.com

*Attorneys for Plaintiff David Beasley*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID BEASLEY,<br><br>   Plaintiff,<br><br>v.<br><br>WILLIAM H. HOWARD,<br><br>   Defendant. | Civil Action No. 1:19-cv-11058-NLH-KMW<br><br>**[PROPOSED] ORDER GRANTING THE ADMISSION *PRO HAC VICE* OF JOHN L. WELCH AND MARTIN B. SCHWIMMER**<br><br>*Filed Electronically* |

  THIS MATTER having been brought before the Court by Plaintiff David Beasley seeking permission for the admission of John L. Welch and Martin B. Schwimmer *pro hac vice* in the above-captioned case pursuant to Local Civil Rule 101.1(c); and Defendant William H. Howard, through counsel, having consented to said application and for good cause shown;

It is on this \_\_\_\_\_ day of _____, 202\_\_ ORDERED:

1. That John L. Welch of Wolf, Greenfield & Sacks, P.C. and Martin B. Schwimmer of Leason Ellis LLP are hereby granted admission *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c);

2. That John L. Welch and Martin B. Schwimmer are hereby required to abide by the Rules of Disciplinary Enforcement and the Local Civil Rules of the District of New Jersey;

3. That John L. Welch and Martin B. Schwimmer shall notify the Court immediately of any matter affecting their standing at the bar of any other court;

4. That all pleadings, briefs and other papers filed with the Court shall be signed by an attorney at law employed by the law firm of Leason Ellis LLP, said attorney being authorized to practice in the Unites States District Court for the District of New Jersey, who shall be held responsible for the conduct of the matter and of John L. Welch and Martin B. Schwimmer; and

5. That John L. Welch and Martin B. Schwimmer for the duration of the time that they serve as counsel *pro hac vice* in this matter, shall each make annual payments to the New Jersey Lawyers' Fund for Client Protection and shall each pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

_____
Honorable Karen M. Williams, U.S.M.J.