Henry Gabathuler (HG6543)
NJ Bar I.D. No. 037802007
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 821-3079
Gabathuler@leasonellis.com

*Of Counsel:*
John L. Welch (to be admitted *pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: 617.646.8000
jwelch@wolfgreenfield.com

Martin B. Schwimmer (to be admitted *pro hac vice*)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 821-8011
schwimmer@leasonellis.com

*Attorneys for Plaintiff David Beasley*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID BEASLEY,<br><br>     Plaintiff,<br><br>v.<br><br>WILLIAM H. HOWARD,<br><br>     Defendant. | Civil Action No. 1:19-cv-11058-NLH-KMW<br><br>**CERTIFICATE OF SERVICE**<br><br>*Electronically filed* |

     I, Henry Gabathuler, certify that the following documents are being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF):

- Notice of Motion for Admission *Pro Hac Vice* of John L. Welch and Martin B. Schwimmer;
- Certification of Henry Gabathuler;
- Certification of John L. Welch;
- Certification of Martin B. Schwimmer; and
- Proposed Order.

Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Date: December 8, 2021

*s/* Henry Gabathuler

Henry Gabathuler
NJ Bar I.D. No. 037802007
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 821-3079
Gabathuler@leasonellis.com