**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| David Beasley,<br><br>    Plaintiff,<br><br>    v.<br><br>William Howard,<br><br>    Defendant. | No. 1:19-cv-11058-NLH-MJS<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this ___17th___ day of ___August___, 2022

ORDERED that Defendant's motion to dismiss (ECF 8) be, and the same hereby is, denied.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.