[Doc. No. 37]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| DAVID BEASLEY,<br><br>                    Plaintiff,<br>     v.<br><br>WILLIAM H. HOWARD,<br><br>                    Defendant. | Civil No. 19-11058 (NLH/MJS)<br><br>**ORDER** |

This matter having been brought before the Court by Henry Gabathuler, Esquire, counsel for plaintiff for an Order allowing John L. Welch, Esquire to appear and participate *pro hac vice*; and the Court having considered the moving papers; and for good cause shown pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey;

It is this **31st** day of **October 2022,** hereby

**ORDERED** that John L. Welch, Esquire, a member in good standing of the bars to which counsel is admitted, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Henry Gabathuler, Esquire, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who

shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(2), John L. Welch, Esquire shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, to the extent this fee has not already been paid, and this payment shall be made for any year in which the admitted attorney continues to represent a client in a matter pending in this Court; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(3), John L. Welch, Esquire shall make a payment of $150.00 on each admission, payable to the Clerk, United States District Court; and it is further

**ORDERED** that John L. Welch, Esquire shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Rule 104.1, Discipline of Attorneys; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(4), John L. Welch, Esquire shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

                                        s/ Matthew J. Skahill
                                        MATTHEW J. SKAHILL
                                        United States Magistrate Judge

Cc: Hon. Noel L. Hillman